UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021
```

United States,

        –v–

Joyner,

        Defendant.

20-cr-505 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As stated at the conference held on February 5, 2021, any available Defense motions are due on or before June 1, 2021. If any motion is filed, the Government's opposition is due by June 15, 2021; reply due by June 22, 2021.

SO ORDERED.

Dated: February 15, 2021
       New York, New York

                                    ALISON J. NATHAN
                                United States District Judge