UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/21

United States,

—v—

Andrew Joyner,

                Defendant.

20-cr-505 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' letter requesting an extension of time to June 18, 2021 to file Rule 12 motions and/or apprise the Court of a negotiated pre-trial disposition. That motion is GRANTED.

    Additionally, trial was originally scheduled in this case for Monday, August 9, 2021. Due to the protocols implemented in response to the challenges posed by the COVID-19 pandemic, the Southern District is scheduling all jury trials through a centralized calendaring process, giving priority to criminal trials. Although the Court requested a jury trial start date of August 9, 2021, the Clerk's Office scheduled trial to commence on July 26, 2021.

    If a pre-trial disposition is not reached by June 18, 2021, the Court will issue an order scheduling the remainder of the pre-trial submissions in advance of the July 26, 2021 trial start date.

    SO ORDERED.

1

Dated: June 2, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge