USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Andrew Joyner,

           Defendant.

20-cr-505 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' letter request to adjourn the deadline for pretrial motions and the trial in this case scheduled for July 26, 2021 by 90 days. Dkt. No. 21. The trial in this case is adjourned to November 1, 2021 and the pretrial submissions are due September 20, 2021. The parties are to file a status update on August 1, 2021.

    The Court also orders that time is excluded until November 1, 2021. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, because the continuance will permit the parties to continue discussions concerning a pretrial disposition of this case.

SO ORDERED.

Dated: June 18, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1