USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Andrew Joyner,

Defendant.

20-cr-505 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The parties' joint request to adjourn sine die the trial date and deadline for pre-trial submissions is GRANTED. The parties shall submit a status update letter by November 1, 2021. If the parties have not reached a pretrial disposition of this case by November 1, the Court will schedule a new trial date shortly thereafter. The Court has already excluded time under the Speedy Trial Act until November 1, 2021. *See* Dkt. No. 22.

SO ORDERED.

Dated: August 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1