```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA          :     **ORDER TO PRODUCE**

     - v -                         :     20 Cr. 505 (AJN)

ANDREW JOYNER,
                          Defendant.      :

----------------------------------x

Upon the application of **Andrew Joyner**, by his attorney, **Andrew J. Dalack, Esq.**, Federal Defenders of New York, and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service produce Andrew Joyner (Register Number 25436-509) from MDC Brooklyn to Bellevue Hospital, 19 West Division of Forensic Psychiatry, 462 1st Avenue, New York, NY 10016 on November 5, 2021 at 9:00 a.m. and it is further

**ORDERED** that Miranda Rosenberg, Psy.D., be admitted to said prison ward facility, to have access to Andrew Joyner for the purpose of conducting a neuropsychological evaluation relevant to an appropriate pre-trial disposition and any possible sentence and that Dr. Rosenberg be permitted to bring testing supplies for the purpose of neuropsychological testing, including paperback books, plastic books, and a stopwatch. It is further

**ORDERED** that upon completion of the examination, Andrew Joyner shall be returned to the custody of the United States Marshals Service.

Dated: New York, New York
       October 29, 2021

                                       _____
                                       HONORABLE ALISON J. NATHAN
                                       UNITED STATES DISTRICT JUDGE