```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Andrew Joyner,

Defendant.

20-cr-505 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received Mr. Joyner's request to redact sensitive medical information from the public filing of his letter motion dated October 25, 2021, (Dkt. No. 27) and to file the unredacted version under seal. The Court grants this request.

SO ORDERED.

Dated: October 29, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1