**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 5, 2021

**BY ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/2021

Re:   **United States v. Andrew Joyner,**
      **20 Cr. 505 (AJN)**

Dear Judge Nathan:

I write to provide the Court with an update regarding Mr. Joyner's neuropsychological evaluation in connection with the above-captioned case. Upon the Court's issuance of the defense-proposed Order directing the United States Marshals to transport Mr. Joyner to Bellevue Hospital, I conferred further with the Associate Executive Director of Bellevue and a Deputy United States Marshal. Unfortunately, for several reasons, some of which relate to Mr. Joyner's status as a federal detainee, Dr. Miranda Rosenberg will not be able to evaluate Mr. Joyner at Bellevue on a timeline appropriate for this case. Accordingly, the defense requests leave to file another proposed Order no later than November 15, 2021 (accompanied by a letter motion setting forth the position of BOP and the United States Attorney's Office) compelling MDC Brooklyn to permit Dr. Rosenberg to have a four-hour-long meeting with Mr. Joyner and to allow Dr. Rosenberg to bring into the facility:

   a. two pens;
   b. one notebook with blank lined paper;
   c. various neuropsychological tests printed on plain paper;
   d. six books with neuropsychological stimuli;
   e. nine small plastic cubes approximately one inch in size;
   f. one handheld stopwatch; and
   g. one clipboard.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
Counsel for Andrew Joyner

*[Signed]* Alison J. Nathan
11/8/2021

Cc: AUSA Andrew Rohrbach