**Federal Defenders**
OF NEW YORK, INC.

Southern District
10th Floor, New York, NY 10007
(212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2021

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 15, 2021

**BY E-MAIL AND ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Andrew Joyner,**
      **20 Cr. 505 (AJN)**

Dear Judge Nathan:

      I write to provide the Court with an update regarding Mr. Joyner's neuropsychological evaluation in connection with the above-captioned case. Earlier today, the Government informed me that BOP will afford Dr. Miranda Rosenberg a three-hour-long meeting with Mr. Joyner and will allow Dr. Rosenberg to bring into MDC Brooklyn all the items she requires except for a clipboard. Given this development, the parties agree that the Court's intervention is not required at this time. I have already booked Dr. Rosenberg's visit for November 29, 2021 at 10:00 a.m. and have submitted the paperwork necessary to clear her entrance into the facility. Accordingly, and without objection from the Government, I request leave to provide the Court with an update as to the status of plea negotiations on or before December 15, 2021. Further, should Dr. Rosenberg's evaluation not occur on November 29, 2021, I will promptly notify the Court. The parties further agree that the delay from today to December 15, 2021 should be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A), as this time is necessary to complete the neuropsychological evaluation and to advance a pre-trial resolution.

Respectfully Submitted,

/s/ Andrew J. Dalack
Andrew J. Dalack, Esq.
Assistant Federal Defender

Counsel for Andrew Joyner

cc:   Jacob Rohrbach
      Counsel for the Government
      Nicole McFarland, Esq.
      Irene Chan, Esq.
      MDC Brooklyn

SO ORDERED.
/s/ Alison J. Nathan   11/17/2021
ALISON J. NATHAN, U.S.D.J.