# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street–10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022

February 18, 2022

**A change-of-plea conference is scheduled for Monday, February 28, 2022 at 3:00 PM.**

**The Court finds that the interests of justice served by granting an exclusion from the speedy trial computations from today's date through February 28, 2022 outweigh the interests of the public and the Defendant in a speedy trial in order to allow the parties to continue their discussions towards a pre-trial disposition of this case.**

**BY ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Andrew Joyner,
      20 Cr. 505 (AJN)**

Dear Judge Nathan:

    I write to provide the Court with a status update regarding a pre-trial resolution to the above-captioned case. The parties have finalized the terms of a written plea agreement to a violation of 18 U.S.C. § 924(c)(1)(A)(i) in satisfaction of the indictment and request that the Court set a date as soon as possible, but not February 24, 2022, for a change-of-plea conference. The parties agree that the additional period of delay between February 18, 2022 and the change-of-plea conference is excludable under 18 U.S.C. § 3161(h)(7)(A) because such delay is necessary to effectuate the parties' negotiated pre-trial resolution.

**SO ORDERED**

*Alison J. Nathan*
2/22/2022

Respectfully Submitted,

*Andrew J. Dalack*
Andrew J. Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Andrew Rohrbach
      Counsel for the Government

Counsel for Andrew Joyner