# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/22

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 3, 2022

**BY ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Andrew Joyner</u>,
           20 Cr. 505 (AJN)

Dear Judge Nathan:

    I write to respectfully request that the Court accept Mr. Joyner's waiver of his right under Federal Rule of Criminal Procedure 32(e)(2) to receive his Pre-Sentence Report at least 35 days before sentencing, which is currently scheduled for April 26, 2022 at 3:00 p.m.

**SO ORDERED**

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
3/4/22

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender

    Cc:    AUSA Andrew Rohrbach
           Counsel for the Government

Counsel for Andrew Joyner